HAROLD J. FORD, an Infant, etc., Respondent, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 13 OF THE TOWN AND CITY OF CORNING, Appellant.— Motion for leave to appeal to Court of Appeals granted.

FRANK NASHEK, Respondent, v. GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION OF PERTH, SCOTLAND, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

A. W. BURRITT COMPANY, Respondent, v. PALMER-MARCY COMPANY, Appellant. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs,

HARRY L. ALLEN, as Trustee, etc., Respondent, v. CHARLES W. FINK and Various Other Defendants in Separate Actions Brought by the Same Plaintiff, Appellants.—Appeals dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED D. BAILEY, Appellant.— Motion granted and appeal dismissed.

CHARLES E. BUNNELL, Appellant, v. ABE COHEN, Respondent.— Motion granted and appeal dismissed, with costs.

CHARLES F. JOHNS, on Behalf of Himself and All Other Consumers of Water in the City of Salamanca, Appellant, v. CHARLES R. McCANN and Others, as Commissioners of Water and Light of the City of Salamanca, Respondents.— Appeal dismissed, without costs, and matter remitted to the Special Term to be heard upon the merits. Held, we are of the opinion that the Special Term was justified, upon the papers presented, in refusing to enjoin the purchase of meters, and it being conceded upon the argument that the situation had changed since the order was made herein and that the flat water rate attacked had been abolished, and the order herein having been made upon the moving papers only, we deem it advisable to remit the matter to the Special Term to be there heard upon new papers upon the merits, and the appeal is, therefore, dismissed, without costs. All concur.

CHARLES EISENBERG and Another, Respondents, v. ANTHONY SPACHMANN, Sometimes Known as ANTON SPACHMAN, Appellant.— Judgment modified by striking out the words " that the defendant upon demand deliver to the plaintiffs a tax and title search run down to date, of the hereinafter described premises which shall show the said premises to be free from any taxes, liens, assessments or incumbrances except the lien of a mortgage upon which there is unpaid the sum of $5150." and also by striking out the words, " with full covenants," and as so modified the judgment is affirmed, without costs of this appeal to either party. All concur; Sears, J., not sitting.

EMANUEL BRONNER, Respondent, v. WILLIAMSON LAW BOOK COMPANY, Appellant.— Judgment affirmed, with costs. Held, that the official referee adopted the correct measure of damage. The defendant being a wrongdoer, the plaintiff, the conditional vendor of the personal property in question, was entitled to recover the full value of the property and he holds as trustee, for the benefit of the conditional vendee, any surplus which may remain over and above the amount of his claim. (*Bigelow* v. *Goble*, 9 App. Div. 391.) All concur.